HILLEL SILVERA and Others, Respondents, v. FIDELITY AND DEPOSIT COMPANY

* Affd., 251 N. Y. 572.    † Revd., 252 N. Y. 24.

of MARYLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.